IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND; TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS SAVINGS FUND; et al, <br><br> Plaintiffs, <br> v. <br><br> VISION PAINTING & DECORATING SERVICES, INCORPORATED, an Illinois Corporation. <br> Defendant. | No. 20-CV-01875 <br><br> Judge Norgle <br> Magistrate Judge Finnegan |

## ORDER

This cause, coming to be heard upon Plaintiffs' Motion for Judgment in Sum Certain, all parties having notice,

IT IS HEREBY ORDERED THAT:

Final judgment is entered in favor of Plaintiffs and against the Defendant, VISION PAINTING & DECORATING, INC. in the amount of $14,191.71. The judgment amount is limited to the audit period from September 1, 2019 through July 31, 2020.

Enter: _____
Hon. Charles R. Norgle, Sr.

Date: 2/8/~~2020~~ 2021

DONALD D. SCHWARTZ
JAMES R. ANDERSON
BRIAN C. JAMES
GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN LLP
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601
(312)236-0415